IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIA MAGDALENA ROQUE LEAL

DEBTOR

CASE NO. 14-05022-BKT

CHAPTER 13

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

**NOW COMES, MARIA MAGDALENA ROQUE LEAL,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On June 19, 2014, the debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 USC §§1301 et seq., in the above captioned case.

2. The debtor, Maria Magdalena Roque Leal, respectfully requests a voluntary dismissal of her bankruptcy case. 11 U.S.C. §1307.

3. There has been one (1) prior case, 13-00205-BKT-7, and no prior conversions.

**WHEREFORE,** Maria Magdalena Roque Leal, petitioner in the above captioned case, very respectfully requests this Honorable Court enter an Order dismissing the present bankruptcy case.

**IT IS HEREBY CERTIFIED,** that on this same date a copy of the present motion was filed with the Clerk of the Court using the CM/ECF system which will send notification to Jose Ramon Carrion Morales, Esq., Chapter 13 Trustee; US Trustee's Office; and I also certify that a copy of this motion was sent via regular US Postal Mail to debtor, Maria Magdalena Roque Leal, to her address of record; and to all creditors appearing from the attached master address list.

Page -2-
Motion for Voluntary Dismissal
Case no. 14-05022-BKT13

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, this 3rd day of July, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614/ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Certifico que he leído esta Moción y que la misma ha sido redactada de acuerdo a mis instrucciones, habiéndoseme advertido de todas las consecuencias legales que esto implica. En Caguas, Puerto Rico, hoy 3 de julio de 2014.

_____
MARIA MAGDALENA ROQUE LEAL

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 14-05022-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Thu Jul  3 11:59:13 AST 2014 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR  00919-5387 |
| Capital Recovery V, LLC<br>c/o of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | FIRSTBANK PR<br>PO BOX 9146<br>SAN JUAN, PR  00908-0146 | Martinez & Torres Law Offices<br>PO Box 192938<br>San Juan, PR 00919-3409 |
| Sistema De Retiro Para Maestros<br>PO Box 191879<br>San Juan, PR  00919-1879 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MARIA MAGDALENA ROQUE LEAL<br>URB VILLA NUEVA<br>E 24 CALLE 2<br>CAGUAS, PR 00727-6903 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | End of Label Matrix<br>Mailable recipients    10<br>Bypassed recipients     0<br>Total                  10 |