## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

IN RE:

**MARIA MAGDALENA ROQUE LEAL**

**xxx–xx–0170**

Debtor(s)

Case No. **14–05022 BKT**

Chapter **13**

**FILED & ENTERED ON 7/10/14**

### ORDER DISMISSING CASE

Upon the application for voluntary dismissal filed by the debtor(s) (see docket entry #12), it is now

ORDERED, that the instant case be and is hereby dismissed; and it is further

ORDERED, that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

SO ORDERED.

In San Juan, Puerto Rico, this Thursday, July 10, 2014 .

Brian K. Tester
United States Bankruptcy Court